UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE SMITH
        Plaintiff
          V.
                                         CIVIL ACTION: 14CV13401-RWZ

PERFORMANCE  RECOVERY,  INC.,  ET  AL
        Defendant


ZOBEL, D.J.                                                                     MARCH 13, 2015


      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                                                     By the Court,

                                                                                     s/ Lisa A. Urso
                                                                                     Deputy Clerk

30day.ord